UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DENNIS R. DEVONA, | * |
| Plaintiff, | * |
| v. | * Civil Action No. 13-cv-10952-IT |
| STEVEN M. ZEITELS, | * |
| Defendant. | * |

ORDER LIFTING STAY AND SETTING DISCOVERY DEADLINES

March 25, 2015

TALWANI, D.J.

The magistrate judge assigned as mediator to this case has informed the court that settlement efforts were unsuccessful and the case should be restored to the court's trial list. See Final Electronic Report ADR Provider [#109]. Accordingly, the stay in this case is lifted, and in accordance with the court's Order Modifying Discovery Schedule [#103], the court adopts the following deadlines for fact and expert discovery:

1. Fact discovery will close on May 6, 2015.

2. Initial trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) disclosed, by June 3, 2015.

3. Rebuttal trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed, by June 24, 2015.

4. Expert discovery will close on August 26, 2015.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge