**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

DeVona v. Zeitels et al., 13-cv-10952



**SPECIAL JURY VERDICT FORM**

Claims Presented by Plaintiff Dennis R. DeVona

Dennis DeVona's Claim of Partnership Against Steven Zeitels

1. Do you find by a preponderance of the evidence that Plaintiff Dennis DeVona and Defendant Steven Zeitels entered into a partnership?

    Yes __✓__          No _____

    If yes, please answer Question 2(a) and Question 3(a). If no, proceed to Question 4.

Dennis DeVona's Claim of Breach of Fiduciary Duty Against Steven Zeitels

2(a) Do you find by a preponderance of the evidence that Defendant Steven Zeitels breached a fiduciary duty he owed to Plaintiff Dennis DeVona and that Mr. DeVona suffered damages as a result of the breach?

    Yes __✓__          No _____

    If yes, please answer Question 2(b) and Question 2(c), if no, proceed to Question 3(a).

2(b) When did the breach or breaches occur?

    ___2011 at the dissolution of the company___

2(c) State in dollars and cents the amount, if any, you award to the Plaintiff Dennis DeVona as damages for Defendant Steven Zeitels' breach of any fiduciary duty owed to Mr. DeVona.

    ___Three hundred & Ninety five thousand & Nine hundred seven dollars___ (amount expressed in numbers)

    ___395,907___ (amount expressed in words)

    Proceed to Question 3(a).

Dennis DeVona's Claim of Breach of Partnership Agreement Against Steven Zeitels

3(a) Do you find by a preponderance of the evidence that Defendant Steven Zeitels breached the partnership agreement with Mr. DeVona and that Mr. DeVona suffered damages as a result of the breach?

Yes ✓            No _____

If yes, please answer question 3(b) and Question 3(c). If no, proceed to Question 4.

3(b) When did the breach or breaches occur?

_1998 - 2011_

3(c) State in dollars and cents the amount, if any, you award to the Plaintiff Dennis DeVona as damages for Defendant Steven Zeitels' breach of the partnership agreement.

Three hundred fifty two thousand and seven dollars (amount expressed in numbers)

352,007 (amount expressed in words)

Proceed to Question 4.

Dennis DeVona's Inventorship Claim Against Steven Zeitels

4. Do you find by clear and convincing evidence that Plaintiff Dennis R. DeVona contributed to the conception of at least one of the claims of U.S. Patent No. 6,955,645?

Yes _____            No ✗

If yes, proceed to Question 5(a). If no, proceed to Question 6(a).

Dennis DeVona's Unjust Enrichment Claim Against Steven Zeitels

5(a) Do you find by a preponderance of the evidence that Defendant Steven Zeitels unfairly accepted and retained Plaintiff Dennis DeVona's contribution to the conception of at least one of the claims of U.S. Patent 6,955,645, and used that intellectual property to his own advantage and to Mr. DeVona's disadvantage?

Yes _____            No _____

If yes, proceed to Question 5(b). If no, proceed to Question 6(a).

2

5(b)  State in dollars and cents the amount, if any, you award to the Plaintiff Dennis DeVona as damages for any unjust enrichment of Defendant Steven Zeitels.

_____(amount expressed in numbers)

_____(amount expressed in words)

Proceed to Question 6(a).

### Claims Presented by Defendant/Counterclaim Plaintiff Steven M. Zeitels and/or Counterclaim Plaintiff Endocraft, LLC

#### Endocraft's Breach of Independent Sales Agreement Claim Against Dennis DeVona

6(a)  Do you find by a preponderance of the evidence that Plaintiff Dennis DeVona breached the Independent Sales Agreement between him and Endocraft, LLC?

Yes _____     No __✓__

If yes, proceed to Question 6(b), if no, proceed to Question 7(a).

6(b)  State in dollars and cents the amount, if any, you award to Endocraft, LLC as damages for a breach of the Independent Sales Agreement.

_____(amount expressed in numbers)

_____(amount expressed in words)

Proceed to Question 7(a).

#### Endocraft's Breach of Covenant of Good Faith and Fair Dealing Against Dennis DeVona

7(a)  Do you find by a preponderance of the evidence that Plaintiff Dennis DeVona breached the covenant of good faith and fair dealing associated with the Independent Sales Agreement between him and Endocraft, LLC?

Yes _____     No __✓__

If yes, proceed to Question 7(b), if no, proceed to Question 8(a).

3

7(b) State in dollars and cents the amount, if any, you award to Endocraft, LLC as damages for any breach of the covenant of good faith and fair dealing.

_____(amount expressed in numbers)

_____(amount expressed in words)

Proceed to Question 8(a).

### Endocraft LLC's Claim for Unjust Enrichment Against Dennis DeVona

8(a) Do you find by a preponderance of the evidence that Plaintiff Dennis R. DeVona unfairly accepted a benefit from Endocraft, LLC to his own benefit and Endocraft, LLC's detriment?

Yes _____         No ✓

If yes, proceed to Question 8(b).

8(b) State in dollars and cents the amount, if any, you award to Endocraft, LLC as damages for any unjust enrichment of Dennis R. DeVona.

_____(amount expressed in numbers)

_____(amount expressed in words)


I hereby certify that the foregoing answers are the unanimous answers of the jury.

_____
Jury Foreperson

1/27/17
Date